# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

VINCENT N. CREPPEL (#285101)

VERSUS

ELAYN HUNT CORRECTIONAL
CENTER, ET AL.

CIVIL ACTION

20-497-SDD-SDJ

CONSOLIDATED WITH

VINCENT N. CREPPEL (#285101)

VERSUS

ELAYN HUNT CORRECTIONAL
CENTER, ET AL.

CIVIL ACTION

21-288-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson, dated June 6, 2023, to which an *Agreement*[2] was filed. Considering the agreement of Plaintiff, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, Petitioner's application for habeas corpus relief is dismissed for lack of exhaustion, without prejudice to Petitioner's ability to file a timely petition for the federal writ of habeas corpus, if necessary, upon the exhaustion of his claims in state court.

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 6.

**IT IS FURTHER ORDERED** in the event Petitioner pursues an appeal in this case, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana, on this 6th day of July, 2023.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**